THE CITY OF NEW YORK, Appellant, *v.* WILKINSON BROTHERS & COMPANY, Respondent.

*City of New York* v. *Wilkinson Brothers & Co.*, 151 App. Div. 660, affirmed.

(Submitted March 20, 1913; decided April 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1912, in favor of defendant, upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to whether the facts stated in the submission show that the defendant, which is a domestic corporation engaged in carrying on business, among other things, as a jobber in twines, by a sale on the 4th day of August, 1911, in the borough of Manhattan, New York, of a bale of twine at twelve and one-half cents per pound gross weight, which was 144 pounds and was 7 pounds more than the net weight after removing the covering of the bale and of the packages therein

contained, violated the provisions of section 388 of the Municipal Ordinances, and is liable for the penalty of $100 imposed thereby.

*Archibald R. Watson*, Corporation Counsel (*Terence Farley* of counsel), for appellant.

*James W. Purdy, Jr.*, and *Arthur Frank* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.